## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Pennsylvania Department of Health, | : | |
| Petitioner | : | |
| | : | |
| v. | : | No. 1372 C.D. 2017 |
| | : | |
| Wallace McKelvey and PennLive, | : | |
| Respondents | : | |

## **O R D E R**

NOW, November 9, 2018, upon consideration of petitioner's application for reconsideration/reargument, and respondents' answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge